■ MIRIAM KRIEGER et al., Appellants, v THEODORE H. FRIEDMAN et al., Respondents. [647 NYS2d 104] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Dowd, J.), dated June 1, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Dowd at the Supreme Court. Joy, J. P., Altman, Hart and Florio, JJ., concur.